No. 1627, Misc. SWEET *v.* RHAY, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1651, Misc. YOUNG *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Sidney M. Glazer* for the United States.

No. 1652, Misc. KELLY *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1653, Misc. FRIZER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 1654, Misc. BERRY *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 1659, Misc. MANGINI *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1660, Misc. BAXLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1663, Misc. GORUM *v.* CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1671, Misc. POLLARD *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1682, Misc. RITTER *v.* McMANN, WARDEN. C. A. 2d Cir. Certiorari denied. *William E. Hellerstein, Phylis Skloot Bamberger,* and *Harry C. Batchelder, Jr.,* for petitioner.